**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>1998 JEEP CHEROKEE,<br>VIN: 1J4GZ48S5WC293316,<br>LICENSE NUMBER: 5NOJ010,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 06-0183 AWI LJO<br><br>**ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** |

**INTRODUCTION**

In this civil forfeiture action, plaintiff United States of America seeks:

1. Default judgment against the interests of Onecimo Viveros, Edwar Lopez Rodriguez and Maria Delaluz Espindola in the defendant 1998 Jeep Cherokee vehicle identification number 1J4GZ48S5WC293316, California license number 5NOJ010; and

2. Entry of a final forfeiture judgment to vest in the United States of America all right, title and interest in the Jeep.

The magistrate judge issued November 21, 2006 findings and recommendations to:

1

1. GRANT plaintiff United States of America default judgment against the interests of Onecimo Viveros, Edwar Lopez Rodriguez and Maria Delaluz Espindola in the defendant 1998 Jeep Cherokee vehicle identification number 1J4GZ48S5WC293316, California license number 5NOJ010;

2. ENTER final forfeiture judgment to vest in plaintiff United States of America all right, title and interest in the defendant 1998 Jeep Cherokee vehicle identification number 1J4GZ48S5WC293316, California license number 5NOJ010; and

3. ORDER plaintiff United States of America, within 10 days of service of an order adopting the findings and recommendations, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order adopting them.

No timely objections to the findings and recommendations were filed.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's November 21, 2006 findings and recommendations; and

2. ORDERS plaintiff United States of America, within 10 days of service of this order, to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and this order.

IT IS SO ORDERED.

**Dated:** __December 14, 2006__          __/s/ Anthony W. Ishii__
0m8i78                                                    UNITED STATES DISTRICT JUDGE