McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CV-0183-OWW-LJO |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE** |
| 1998 JEEP CHEROKEE, VIN: 1J4GZ48S5WC293316, LICENSE NUMBER: 5NOJ010, Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed October 31, 2006. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted, and no timely objection has been filed. An Order to Adopt Findings and Recommendations on Plaintiff's Application for Default Judgment was filed on December 18, 2006. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Application for Default Judgment, the Order to Adopt Findings and Recommendations on Plaintiff's Application for Default Judgment, and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1.  After a *de novo* review, the Court adopts the Magistrate Judge's Findings and Recommendations on Plaintiff's Application for Default Judgment filed November 21, 2006, in full.

2.  Maria Delaluz Espindola, Edwar Lopez Rodriguez, and Onecimo Viverous are held

1 in default.

2     3.    A judgment by default is hereby entered against any right, title, or interest in the defendant 1998 Jeep Cherokee, VIN: 1J4GZ48S5WC293316, License Number: 5NOJ010, held by any potential claimants.

    4.    A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant 1998 Jeep Cherokee, VIN:1J4GZ48S5WC293316, License Number: 5NOJ010 to the United States of America, to be disposed of according to law, including all right, title, and interest of Maria Delaluz Espindola, Edwar Lopez Rodriguez, and Onecimo Viverous.

    5.    All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this _11th_ day of __January_____, 2007

        /s/ OLIVER W. WANGER
        OLIVER W. WANGER
        United States District Judge